IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

US BANK NATIONAL ASSOCIATION ND                                    PLAINTIFF

v.                          CASE NO. 4:11CV00047 BSM

ELENDER ESCROW INC. et al.                                         DEFENDANTS

## ORDER

Earlier this year, two cases were opened pursuant to transfer from the Central District of California, 4:11CV00047-BSM and 4:11CV00123-BSM. Upon review of the docket sheets, however, it appears that the clerk's office inadvertently opened two cases even though plaintiff brought only one action. Because case number 4:11CV00123 contains the complete file from the California district court and this case has largely been inactive, the prudent course of action is to close this case and exclusively proceed in case number 4:11CV00123.

Accordingly, the clerk's office is directed to close case number 4:11CV00047.

IT IS SO ORDERED this 9th day of June 2011.

_____
UNITED STATES DISTRICT JUDGE